UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:22-cv-62249-WPD

HOWARD COHAN,

    Plaintiff,

vs.

BRYAN PETROLEUM 104, LLC
a Florida Limited Liability Company
d/b/a BP CONNECT

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BRYAN PETROLEUM 104, LLC, a Florida Limited Liability Company, d/b/a BP CONNECT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED February 24, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: /s/ Joshua M. Entin |
| Gregory S. Sconzo, Esq. | JOSHUA M. ENTIN, ESQ. |
| Florida Bar No.: 0105553 | Fla. Bar No: 0493724 |
| Samantha L. Simpson, Esq. | ENTIN LAW GROUP, P.A. |
| Florida Bar No.: 1010423 | 1213 S.E. Third Avenue |
| Sconzo Law Office, P.A. | Ft. Lauderdale, Florida 33316 |
| 3825 PGA Boulevard, Suite 207 | Tel: (954) 761-7201 |
| Palm Beach Gardens, FL 33410 | E-mail: josh@entinlaw.com |
| Telephone: (561) 729-0940 | ***Counsel for Defendant*** |
| Facsimile: (561) 491-9459 | |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 **/s/ Gregory S. Sconzo**
                                                 **Gregory S. Sconzo, Esq.**