UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62249CIV-DIMITROULEAS

HOWARD COHAN,

    Plaintiffs,

v.

BRYAN PETROLEUM 104, LLC,
a Florida Limited Liability Company
d/b/a BP CONNECT,

    Defendant.
_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal With Prejudice (the "Stipulation") [DE 12], filed herein on March 3, 2023. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 12] is hereby **APPROVED**;

2. The case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Court retains jurisdiction for the sole purpose of enforcing the settlement agreement; and

4. The Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 6th day of March 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record